# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **'17 ═ CV ═ 01163**

(To be supplied by the court)

**FILED**
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**2017 MAY 10  PM 2: 18**

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

_____ Randy Ford _____,

Plaintiff,

v.

_____ Bridgeford Foods, _____

Defendant.

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff _Randy Ford_ is a citizen of _United States_
who presently resides at the following address:
_12234 Glencoe St   Thornton Co 80241_

2. Defendant _Bridgeford Foods_ lives at or is located at the following address:
_170 N Green St   Chickaha   T_

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
_Greeley   Colorado_

6. Jurisdiction also is asserted pursuant to the following statutory authority:
_____

(Rev. 07/06)

**ADMINISTRATIVE PROCEDURES**

7.  Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _____ (date) regarding the alleged discriminatory conduct by Defendant(s).

8.  Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _____ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9.  Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Race          _____ Color          _____ Religion

    _____ Sex           _____ National Origin

    _____ Other (please specify) _____Discrimination_____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Failure to hire

    _____ Failure to promote

    __✗__ Demotion/discharge from employment

    __✓__ Other (please specify) _____Disability Colitis_____

(Rev. 07/06)                                    2

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

# REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date 5-10-2017

_Randy Ford_
(Plaintiff's Original Signature)

12234 Glencoe St
(Street Address)

Thornton Co 80241
(City, State, ZIP)

720-841-3509
(Telephone Number)

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | **Randy S. Ford**<br>**12234 Glencoe Street**<br>**Thornton, CO 80241** | From: | **Denver Field Office**<br>**303 East 17th Avenue**<br>**Suite 410**<br>**Denver, CO 80203** |

☐   *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **541-2017-00523** | **Philip Gross,**<br>**Supervisory Investigator** | **(303) 866-1318** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

On behalf of the Commission

*(signature)* for Joseph Ozzone

**Elizabeth Cadle,**
**District Director**

**FEB 1 5 2017**

*(Date Mailed)*

Enclosures(s)

cc:   **Leonel Sabate**
**Manager**
**BRIDGFORD FOODS OF ILLINOIS**
**170 N. Green St.**
**Chicago, IL 60607**

Mr. Ford,

Here is the information that you requested regarding the summary of information you requested.

I hope everything starts to get better and look up for you. I wish you the best and we will be in touch.

Thank you,

Lena

Bridgeford Foods

Driver

1,000/week

04/25/2016- 07/18/2016

has ulcerative colitis- document medical condition where the person cannot control their bowel movements. flare ups occur at random and are uncontrollable

pc believes his medical condition is a disability, because of the impact that it has on his daily life and how uncontrollable it can be. He is unsure if it is documented as a disability but he stated he can call and check

employer was aware of the medical condition because the pc told them turning his first week of training.

he had a flare up while out for delivery. he had finished unloading and delivering the order and was returning to his work vehicle when the flare up occurred

pc had to decide to "relieve" himself behind a tree or on himself. He decided to relieve himself in a field in order to take care of the flare up without having to stop working. pc believes that to have been the best choice he could have made in an emergency situation.

pc stated that he was seen and they let him go as a result, but they did not tell him that was the reason that they were letting him go

called his supervisor to inform them that the incident occurred and they just told him to continue working.

they continued to let him work for 2 weeks after the flare up incident. Then they decided to let him go on 7/18/16

they told pc that they got phone call stating that the store, who is their #1 customer, did not want the pc there anymore and that was not going to work and they were letting him go as a result. they also stated that they received a call that that the pc caused an accident and fled the scene but that never happened.

he asked why they were letting him go and they say they did not have to tell him because he was still in his 90 probationary time

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):**   The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

<u>**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**</u>

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

- ➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
- ➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ➢ **Only one** major life activity need be substantially limited.
- ➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- ➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- ➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**

- ➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
- ➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
- ➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:   Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.*   For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

 

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

DEC 23 2016

### 1. Personal Information

Last Name: Ford    First Name: Randy    EEOC - DENVER FIELD OFFICE MI: S

Street or Mailing Address: 12234 Glencoe St    Apt or Unit #: _____

City: Thornton    County: Adams    State: 80241 CO    Zip: 80241

Phone Numbers: Home: (____) _____    Work: (____) _____

Cell: (720) 841-3509    Email Address: Randy Swartford @ Yanes.com

Date of Birth: 04-01-71    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☑ Yes ☐ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☑ White ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? White

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Lisa Ford    Relationship: Wife

Address: 12234 Glencoe St    City: Thornton    State: CO    Zip Code: 80241

Home Phone: (____) _____    Other Phone: (720) 413-6886

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☑ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Bridgford Foods

Address: 170 N Green St    County: Chicago

City: IL    State: CO    Zip: 60601    Phone: (____) 1-800-621-4241

Type of Business: Beef jerk    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Allan Bridgford    Phone: (____) 1800 621-4241

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☑ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: 4-25-16    Job Title At Hire: Route Sales Rep

Pay Rate When Hired: 40,000    Last or Current Pay Rate: 40,000

Job Title at Time of Alleged Discrimination: Route Sales    Date Quit/Discharged: 7-18-16

Name and Title of Immediate Supervisor: Kari Mullin

If Job Applicant, Date You Applied for Job 4-25-16    Job Title Applied For Route Sales

1

 

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☑ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing (ii. family medical history) iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? During my 1st Week of Employment I informed my Employee of my Ulcerative Colitis.

Other reason (basis) for discrimination (Explain): Medical - Ulcerative Colitis

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 7-18-16 Action: Lost job due to Medical incident. I have Attached letter and - Notice from Employer: Bridgeford.

Name and Title of Person(s) Responsible: Kory Mullany : Sales Manager

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed. - Root is Medical Lost job - Manager Kory Mullany stated due to incident condition at Walmart and a supposed Auto Accident I caused was terminated

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?** That my job would end and I was being Terminated. By Kory Mullany : Sales Manager

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment

A. _____

_____

B. _____

_____

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. **Please check all that apply:**
   - ☒ Yes, I have a disability
   - ☒ I do not have a disability now but I did have one
   - ☐ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

If I need to go to the bathroom it will be very Urgent and I need to go immediately. I also have a card indicating my need to utilize restroom from Abbvie – Urgent Medical Notice re: bathroom needs.

11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
   ☒ Yes ☐ No
   If "Yes," what medication, medical equipment or other assistance do you use?
   Colcrys, Prednisone if flare-up.

12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
   ☒ Yes ☐ No
   If "Yes," when did you ask? 7-18-16    How did you ask (verbally or in writing)? Verbally
   Who did you ask? (Provide full name and job title of person)
   Kory Mullany   Sales Manager
   Describe the changes or assistance that you asked for: I asked her to reconsider my job and or change in job duties.

   How did your employer respond to your request? Silence, then repeated herself, that a decision was made that I was no longer an option to keep on-board.

3

 

**13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A. _____

B. Non - Employee - wife .

**14. Have you filed a charge previously on this matter with the EEOC or another agency?**  ☐ Yes  ☑ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

_____

**16. Have you sought help about this situation from a union, an attorney, or any other source?**  ☑ Yes  ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Considered it and did initially speak. However I became more educated of agency's such as EEOC.

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2**  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    Dec 6 2016
Signature                                              Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information

November 2009

 

Colorado Department of Labor and Employment
Unemployment Insurance Claimant Services
P.O. Box 400, Denver, CO 80201-0400
303-318-9000 (Denver-metro area) or 1-800-388-5515 (outside Denver-metro area)
Fax 303-318-9014

FORD/RANDY
12234 GELNCOE ST
THORNTON, CO  80241-3252

| | |
|---|---|
| Date | 07/19/2016 |
| Social Security Number | XXX-XX-2973 |
| Due Date | 07/26/2016 |

## MEDICAL STATEMENT

By signing your name in Section 1, you authorize your physician or medical practitioner to provide information to the Unemployment Insurance (UI) Division.
Section 2 is to be completed by your physician. Complete and sign Section 3 only after your physician has completed Section 2. By signing your name in this section, you are confirming that you understand the information provided by your physician. You are responsible for returning the form.

**Section 1. Consent to Release Medical Information**

I consent to release the requested information for the purposes of processing my claim for UI benefits with the understanding that the information is for use in determining my eligibility and entitlement for UI benefits in accordance with the Colorado law.

Claimant Signature _____     Date  07-21-2016

**Section 2. (To be completed by physician or medical practitioner only)**

The person named above applied for unemployment insurance benefits. Obtaining the information requested below will help the UI Division make a determination of eligibility and entitlement. Any alteration must be initialed. Your cooperation in providing this information is appreciated. The completed form must be returned to us by the patient.

Medical Condition (State in layperson terms.)

Left-sided ulcerative colitis

| | Dates of Treatment |
|---|---|
| | From 10 / 2013   To 9 / 2014 |

Is the patient able to return to work?   ☐ Yes   ☐ No

If the patient is able to return to work:
On what date was the patient able to return to work?   ? i. Not seen through this office since 9/2014

Are there any restrictions that would keep the patient from returning to his or her usual occupation?
If Yes, please list the restrictions (e.g., lifting restrictions, part-time work only, light-duty work)   ☐ Yes   ☐ No

If the patient is unable to return to work:
On approximately what date will the patient be able to return to work? _____

Additional Comments

Physician Address

Physician Name  Robert Dolan MD     Signature _____     Telephone Number

**Section 3.**

I have read and understand the above statement provided by my physician.     Date  7/22/16

Comments

Claimant Signature _____     Date  07-21-2016

NOTE: Please be aware that according to Colorado law, you must be able to work, available to start work, and actively seeking work during each week in which payment of benefits is requested. If you do not meet all of these requirements, we may not be able to pay you benefits.

**FAXED**

JUL 2 2 2016   SCAN

BY: CK

UIB-188 (R 11/2015)

 

**Bridgford Foods**

## Employee Separation Report

| Last Name:<br>Ford | First Name:<br>Randy | M.I.<br>SG | Soc. Sec. No.:<br>xxx-xx-2973 | | |
|---|---|---|---|---|---|
| Job Title:<br>Route Sales Representative | | | Date of Hire:<br>04-25-16 | Date of Term:<br>07-18-16 | Last Day Worked:<br>07-15-16 |
| Rate of Pay:<br>$50/day; 7 % commission- or 90 day guarantee-$1200 | | | | | |

### Reason For Separation

| Voluntary Resignation | General | Involuntary Termination |
|---|---|---|
| ☐ To look for other employment<br>☐ To accept another position with<br>_____<br>☐ Dissatisfaction with job / salary<br>☐ Change in residence<br>☐ Medical / Health reasons<br>☐ Transportation problem<br>☐ To attend school<br>☐ Personal reasons (not job related)<br>☐ Abandoned position (explain)<br>☐ Failed to return from leave of abs.<br>☐ Other voluntary reason (explain)<br>☐ Refused to state reason | ☐ Reorganize<br>☐ Temporary / Seasonal work<br>☐ Layoff / Lack of work<br>☐ Heath Reasons<br>☐ Unable to meet job requirements<br>☐ Not available for work<br>X Other (specify) | *Give Detailed Explanation Below*<br>☐ Insubordination<br>☐ Refusal to follow instructions<br>☐ Falsification of applications<br>   or records<br>☐ Absenteeism / Tardiness<br>☐ Intoxication (alcohol / drugs)<br>☐ Violated established company rule<br>☐ Dishonesty<br>☐ Other misconduct (specify) |

| | Yes | No |
|---|---|---|
| Was leave of absence | ☐ | ☐ |
| requested? | | |
| Was leave available? | ☐ | ☐ |
| Was leave granted? | ☐ | ☐ |

Dates of prior disciplinary action
Related to this separation:
_____

Give complete details regarding reason for quit or final incident if a discharge:

**90-day probationary period; Didn't work out**
_____
_____
_____

I wish to voluntarily terminate my employment for the reasons given above:

_____
Employee Signature
Date Notice Given: _____

For Bridgford Foods/Colorado
Company/Location

Date: 7-18-16    Phone: _____

Signature
Director of Operations/West
Title or Position

I have read, understand and acknowledge receipt of a copy of this document.

_____
Employee Signature
Date: _____

☐ Employee refused to sign.
☐ Employee unavailable for signature, copy mailed.

Revised 01 2008



**Bridgford**

**THE PREMIUM BRAND** ®

### INTRODUCTORY PERIOD

Today's Date: _____4/11/16_____

Name of New Hire: __Randy Ford_____

Route No.: ___DV 974_____

First Day of Employment/Introductory Period Start Date: _____4/25/16___

Last Day of Introductory Period: _____7/25/16_____

It is the policy of Bridgford Foods Corporation to institute an "Introductory Period" to review all newly hired route drivers during the first 90 days of their employment to ascertain their abilities, work habits and overall acclamation to the job.

Please be advised that you may be terminated during this 90 day Introductory Period WITHOUT CAUSE OR EXPLANATION.

Due to the amount of entrustment that is inherent in the route driver's job we must reserve this right in order to effectively hire people that are suited to the job.

My signature below indicates I have read and understand that I am an introductory employee for the first ninety (90) days of employment with Bridgford Foods. I may be discharged at the discretion of Bridgford Foods without cause or explanation during this period of time as outlined above.

_Randy Ford_                           4-14-16
Signature                              Date



## U.S. Equal Employment Opportunity Commission
## Denver Field Office

303 East 17th Avenue
Suite 410
Denver, CO 80203
(303) 866-1300
TTY (303) 866-1950
Fax: (303) 866-1085

Respondent: BRIDGFORD FOODS OF ILLINOIS INC
EEOC Charge No.: 541-2017-00523
FEPA Charge No.:

January 23, 2017

Randy S. Ford
12234 Glencoe Street
Thornton, CO 80241

Dear Mr. Ford:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ X ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

[ ]    The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3) Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to Colorado Civil Rights Division 1560 Broadway Street Suite 1050 Denver, CO 80202 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.  If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Joseph R. Cosgrove
Investigator
(303) 866-1319
joseph.cosgrove@eeoc.gov


Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

# What You Should Know Before You File A Charge With EEOC



**U.S. Equal Employment Opportunity Commission**

## What You Should Know Before You File A Charge With EEOC

303 East 17th Avenue, Suite 410
Denver, CO  80203
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Denver Status Line:  (866) 408-8075
Denver Direct Dial:  (303) 866-1359
TTY (303) 866-1950
FAX (303) 866-1085

## WWW.EEOC.GOV

Uniform Intake Brochure 2008

## CAN YOU FILE A LAWSUIT BEFORE WE FINISH OUR INVESTIGATION?

If you want to file a lawsuit in federal court before we finish our investigation, you may ask us in writing for a letter or a notice of your right to sue. If you ask more than 180 days after filing a charge, the law requires us to give it to you. If you ask before 180 days have passed, we can give you the notice only if we cannot finish our investigation within 180 days. In most cases, once we give you a notice of your right to sue, we close the case. If you file an age discrimination charge, however, you can file a suit in court after 60 days without such a notice.

## WHAT HAPPENS AFTER THE INVESTIGATION?

After we finish looking into your claims, we let you and the employer know what we decide. Sometimes, the information is not enough to show that the employer violated the law. In that case, we will dismiss your charge and give you a letter or notice of your right to file suit in federal court within 90 days. If you do not file a suit within 90 days, you will lose your right to sue in court. When the information shows that the employer probably violated the law, we try to settle the case in conciliation.

## WHAT IS CONCILIATION?

When the EEOC finds that the employer probably violated the law, we invite you and the employer to try to settle the case. If the EEOC, you and the employer agree on how to settle your case, we will close the case. If the EEOC, you and the employer do not agree, we will decide whether to file a lawsuit in federal court or whether to provide you with a letter or a notice of your right to sue so that you can file your own lawsuit  You then have 90 days to file suit

## WHEN DOES THE EEOC LITIGATE?

In some cases, when the EEOC finds that an employer probably violated the law, we file a lawsuit in federal court. We get about 80,000 charges of discrimination each year but we only file about 325 lawsuits each year. When the EEOC decides whether to file a lawsuit, we look at how serious the violation is, what the legal issues are, and whether other people would benefit from the lawsuit. If we decide not to sue in your case, we will give you a right to sue letter so that you can file your own lawsuit in court. You then have 90 days to file suit.

## IS RETALIATION AGAINST THE LAW?

It is against the law for an employer to retaliate against you because you complained about job discrimination, because you gave evidence in a job discrimination matter, or because you filed a charge of job discrimination with the EEOC. If this happens to you, you should contact us as soon as possible to talk about whether you should file a retaliation charge.

## KEEP US INFORMED

Once you file a charge with the EEOC, you must tell us if you move or get a new phone number. We may need to talk to you to get more information. If the EEOC cannot reach you to get necessary information, your charge may be dismissed.

## DO YOU HAVE MORE QUESTIONS?

You can find the answers to many of your questions on our website, www.eeoc.gov. You can access an interactive questionnaire at https://apps.eeoc.gov/eas to help you decide if the EEOC is the most appropriate agency to assist you. You can also find information on where to file an employment discrimination charge.

# What You Should Know Before You File A Charge With EEOC

## WHAT DOES THE EEOC DO?

The EEOC is a law enforcement agency that investigates or looks into claims that employers, employment agencies or labor organizations discriminated against employees or applicants because of their race, color, religion, sex, national origin, age (40 or older), or disability. The EEOC often tries to settle charges with the help of a mediator. Sometimes, the EEOC takes cases to court. The EEOC does not charge a fee to investigate, mediate or litigate charges. The EEOC also educates the public about job discrimination.

## WHAT IS THE FIRST STEP?

If you believe you have experienced job discrimination, you should contact us. We will ask you why you believe the employer discriminated against you. We may ask you to fill out an intake questionnaire. Be sure to give us any evidence you have to show that discrimination occurred. Based on your answers and the information you give us, we will tell you if your claim fits within the laws we enforce. In any case, you have the right to file a charge of job discrimination to keep your right to file in federal court.

## WHAT IS A CHARGE?

A charge is a signed, written complaint about a negative job action based on race, color, religion, sex, national origin, age or disability that requests that the EEOC or a state or local government agency with similar laws take action to remedy the discrimination. EEOC has a charge form for use to make sure you give us the specific information needed in a charge. EEOC staff will assist you in drafting your charge. We will ask you to read and sign it. You will receive a copy of the charge with a charge number.

## IS THERE A TIME LIMIT TO FILE A CHARGE?

You have either 180 or 300 days from the day you knew about the negative job action to file a charge. It depends on whether the employer is located in a place where a state or local government agency has laws similar to the EEOC's laws. We can help you figure out how much time you have. Act quickly to keep your rights by signing and filing a timely charge.

## DO YOU HAVE THE RIGHT TO A LAWYER?

You have the right to bring a lawyer with you when you talk to the EEOC but you do not have to have one. If you would like to have a lawyer speak for you with the EEOC, your lawyer must give us a letter that tells us he or she represents you. The EEOC cannot provide a lawyer for you and cannot pay for the cost of your lawyer.

## WHAT HAPPENS WHEN YOU FILE A CHARGE?

When you file a charge, the EEOC must give the employer accused of discrimination a copy of your charge, which includes your name. If you contact us but decide not to file a charge, we will not tell the employer that you contacted us. If you do not file a charge, you will not be able to file suit in federal court based on the laws we enforce. If the EEOC does not have jurisdiction, or if your charge is untimely, we will close your charge quickly. We may also close your charge quickly if we decide that we probably will not be able to find discrimination. Then, we will give you a letter or notice of your right to file suit in federal court within 90 days. If we do not close your charge quickly, we may send it to mediation or to investigation.

## WHAT IS MEDIATION?

Before we look into your claims, the EEOC sometimes asks if you and the employer would like to try to settle your case with the help of a mediator. Both you and the employer must agree to mediate for mediation to occur. The mediator does not decide who is right or wrong. Instead, the mediator tries to help you and the employer settle your claims. What you talk about in mediation is private. If you and the employer agree on how to settle your case, the EEOC will close your case. If you and the employer do not agree on how to settle your case, we will send your case to investigation.

## HOW DO WE INVESTIGATE?

If your charge is not otherwise resolved, the EEOC will assign an investigator as soon as we can to look into your claims. The investigator does not take sides. The investigator may ask you for the names of people who have information about your claims of discrimination, and may talk to some or all of them. You should give the investigator anything you have in writing that helps to prove your claims. The investigator will usually ask the employer to tell their side of the story as well. If it looks like the information we have does not support your claims, the EEOC may stop investigating and close your case quickly. But the time it takes to resolve a charge can vary greatly, depending on the facts of the case and the size of our workload. It may take six to nine months or even longer to process your charge.

This brochure is available in accessible formats on request by calling 1-800-669-3362 (voice), 1-800-800-3302 (TTY) or 1-301-206-9789 (fax).

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2017-00523 |

|  |  |
|---|---|
| **Colorado Civil Rights Division** | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Randy S. Ford** | | **1971** |

| Street Address | City, State and ZIP Code |
|---|---|
| **12234 Glencoe Street, Thornton, CO 80241** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **BRIDGFORD FOODS OF ILLINOIS INC** | **101 - 200** | **(312) 733-0300** |

| Street Address | City, State and ZIP Code |
|---|---|
| **170 North Green Street, Chicago, IL 60607** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-18-2016**   Latest **07-18-2016**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent in April 2016. I have a disability, as defined within the meaning of the relevant statute, of which Respondent was aware. Within the relevant time period I was denied a reasonable accommodation; and, on or about July 18, 2016, I was discharged due to my disability.

I believe that I have been discriminated against because of a disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| Date | Charging Party Signature |
|---|---|
| | |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT:  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.   FORM NUMBER/TITLE/DATE.  EEOC Form 5, Charge of Discrimination (11/09).

2.   AUTHORITY.  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.   PRINCIPAL PURPOSES.  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.   ROUTINE USES.  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.  **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.  **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.  **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.  **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.  **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.