IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01163-LTB

RANDY FORD,

    Plaintiff,

v.

BRIDGEFORD FOODS,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 23, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 23 day of June, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. García Gallegos
                Deputy Clerk